**EARTHJUSTICE**

ALASKA   CALIFORNIA   FLORIDA   MID-PACIFIC   NORTHEAST   NORTHERN ROCKIES

NORTHWEST   ROCKY MOUNTAIN   WASHINGTON, D.C.   INTERNATIONAL

**Via  CM/ECF Electronic Filing**

March 3, 2016

Molly C. Dwyer, Clerk of the Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**Re:    Syngenta Seeds, Inc., et al. v. County of Kaua'i, et al.;
         Hawai'i Papaya Industry Assn., et al. v. County of Hawai'i;
         Alika Atay, et al. v. County of Maui, et al.**
         9th Circuit Nos. 14-16833; 14-17538; 15-15246; 15-16466

Dear Ms. Dwyer:

We are writing in response to the Notice issued by the Court on February 29, 2016, stating that
these cases are being considered for the June 13-17 Honolulu oral argument calendar.  We
represent appellants in Case Nos. 14-16833, 14-17538, and 15-15246, as well as proposed amici
curiae in 15-16466.

All of these cases concern very similar legal issues (federal and/or Hawai'i state preemption of
local ordinances) arising out of very similar circumstances (industry challenges to Hawai'i
county ordinances seeking to regulate genetically engineered plants and/or associated pesticide
use).  The same law firms represent appellees in all of these appeals, and the same attorneys
represent many of the appellants.  The same magistrate judge rendered most of the lower court
decisions.   It therefore is not only economical, but essential for the proper administration of
justice that all of these cases be heard and considered together, and submitted for decision in the
order in which they were decided, noticed for appeal, and briefed to this Court  We are
available to argue all of these appeals during the week of June 13-17.

Very truly yours,

/s/ Paul H. Achitoff
Paul H. Achitoff
Attorney for Appellants